UNITED STATES DISTRICT COURT

for THE

Northern District of New York
_____

Jason Baxter

Plantiff

CASE # _____

-V-
                                              _____

R. McNeilis

Defendant
_____

Party To THIS Complaint

THE PlanTiff: Jason Baxter (IDA3096)

FIVE - POINTs Corr. Fac.

STATE RoUTE 96, P.O. Box 119

RomuLus   NY   14541
_____

THE DefendanTis: R. McNeilis

THirD JuDicial DeparTment

APPellaTe DivisioN

Box 7288

ALBany   NY   12224

☒ InDiviDuaL CaPaciTy    ☒ OfficiaL CaPaciTy

42 U.S.C. §1983   VIOLATION OF THE 1ST 8TH 14TH U.S.C.A

1st ACCESS TO THE COURT(s) / 8TH UNUSUAL PUNISHMENT

14TH INVIDIOUS DISCRIMINATION + EQUAL PROTECTION OF LAW(s)

WHILE ACTING UNDER COLORED OF STATE LAW(s): DEFENDANT DID DENY BAXTER ACCESS TO THE COURT BY REFUSING TO PROCESS (4) FOUR ARTICLE 78's FOR APPELLATE REVIEW.

THEN THIS SAME DEFENDANT WHILE ACTING UNDER COLOR(s) OF STATE LAW(s) DID AGAIN DENY BAXTER ACCESS TO THE SAME COURT MAY-JUNE 2021 BY STATING THAT THE COURTHOUSE NEVER RECEIVED (8) EIGHT APPELLATE BRIEFs DUE TO COVID-19 PANDEMIC AND THE U.S. POSTAL SERVICE UNABLE OR DID NOT DELIVER SAID BRIEFs; HOWEVER BAXTER HAS TRACKING TO STATE OTHERWISE.

THIS DEFENDANT HAS ALLOWED OTHER APPELLATE-PETITIONER's ACCESS TO APPELLATE REVIEW

THIS ADVERSE ACTION(s) STEM FROM BAXTER PROTECTED CONDUCT OF FILING CIVIL RIGHT(s) COMPLAINT(s) AND THE LINGERIN ANIMUS-CAUSED DEFENDANT TO RETALIATE AND DO IT AGAIN AS A FORM OF UNUSUAL PUNISHMENT

①

As A Result Of These Two Lay Seekings Of Access To The Court's ; Baxter "Suffered" A Loss Of (2) Two Year's (1) One Month Loss Of Good Time /(2) Was Denied ReEntry Into General Population /(3) Baxter Was Denied Parole From Prison /(4) Baxter Conditional Release (Was Taken / Denied) From Prison.

Baxter Wants His Day / Days In Court And To Be Compensated For The Long Term Confinement To The S.H.U. / Restore All Good Time

Seeking: 9,500,000 U.S. Dollar's; Is The Sum Of This Complaint Amount.

Seeking Trial By Jury: X Yes   No____

Grievance Does Not Lie For Non New York State Docus Employer(s) Or Employee(s)

②

UNDER FEDERAL RULE OF CIVIL PROCEDURE 11; BY SIGNING BELOW; I CERTIFY TO THE BEST OF MY KNOWLEDGE; INFORMATION; AND BELIEF THAT THIS COMPLAINT: IS NOT BEING PRESENTED FOR AN IMPROPER PURPOSE SUCH AS TO HARASS OR NEEDLESSLY INCREASE THE COST OF LITIGATION /(2) IS SUPPORTED BY EXISTING LAW(S) /(3) A NONFRIVOLOUS ARGUMENT FOR EXTENDING - MODIFYING OR REVERSING EXISTING LAW ; THE FACTUAL CONTENTIONS HAVE EVIDENTIARY SUPPORT OR IF SPECIFICALLY IDENTIFIED WILL LIKELY HAVE EVIDENTIARY SUPPORT AFTER REASONBLE OPPORTUNITY FOR INVESTIGATION OR DISCOVERY THE COMPLAINT OTHERWISE COMPLIES WITH THE RULE 11 REQUIREMENT(S)

Jason Baxter
JASON BAXTER
ID A 3096

③

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: JASON BAXTER DIN: 10A3096 LOC: 12B2-41 (RdD)

Five Points

Correctional Facility

FOREVER / USA    FOREVER / USA

ZIP 4541
04MH272007

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JUN 27 2022

RECEIVED

Five Points Correctional
Facility
Legal Mail Only

NORTHERN DISTRICT NEW YORK
JAMES T. FOLEY U.S. COURT HOUSE
SUITE 509
445 - BROADWAY
ALBANY NY 12207

122078294B C012